## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

In re:

Danny B. Nessler,

              Debtor,

Bky Case No. 10-37137

Chapter 7

Michael S. Dietz, Trustee

              Plaintiff,

Adv. Case No. 11-3023

vs.

PNC Bank, National Association,

              Defendant.

## UNSWORN CERTIFICATE OF SERVICE

    I, Maren Joyce Schroeder, employed by Dunlap & Seeger, P.A., attorneys licensed to practice law in this Court, with office address at 206 S. Broadway, Suite 505, Post Office Box 549, Rochester, Minnesota 55903, declare under penalty of perjury that on January 21, 2011, I mailed copies of the following:

    Summons and Complaint

by United States Mail, postage pre-paid, to each person/entity named below at the address stated below:

    PNC Bank, National Association
    c/o Carol A. Sarnowski, Registered Agent
    One PNC Plaza
    21st Floor
    249 Fifth Avenue
    Pittsburgh, PA 15222-2707

Executed on   January 21, 2011      Signed:  /e/ Maren Joyce Schroeder
                                                                     Maren Joyce Schroeder